# United States Court of Appeals for the Federal Circuit

---

**WI-FI ONE, LLC,**
*Appellant*

**v.**

**BROADCOM CORPORATION,**
*Appellee*

**MICHELLE K. LEE, DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2015-1944, 2015-1945, 2015-1946

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00601, IPR2013-00602, IPR2013-00636.

---

**ORDER**

---

PER CURIAM.

The court's order of January 4, 2017, is clarified as follows:

(1) The appeals are consolidated for purposes of briefing and oral argument en banc.

(2)  Appellant will file a single opening supplemental brief; Appellee will file a single supplemental brief; Intervenor will file a single supplemental brief; and Appellant will file a single reply brief.

(3)  The single-brief requirement applies to any amicus brief as well.


FOR THE COURT

 January 18, 2017                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court